1  Henry Ben-Zvi, State Bar No. 105419
   BEN-ZVI & ASSOCIATES
2  3231 Ocean Park Blvd., Suite 212
   Santa Monica, CA 90405
3  310.664.1570

4  Attorneys for Plaintiffs RPOST
   HOLDINGS, INC., RPOST
5  INTERNATIONAL LIMITED, and
   RMAIL LIMITED



UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RPOST HOLDINGS, INC., RPOST INTERNATIONAL LIMITED, and RMAIL LIMITED<br><br>Plaintiffs,<br><br>vs.<br><br>GOODMAIL SYSTEMS, INC.,<br><br>Defendant. | CASE NO. CV 09-06668 SVW (SSx)<br><br>**FIRST AMENDED COMPLAINT FOR PATENT INFRINGEMENT; DEMAND FOR JURY TRIAL** |

Plaintiffs RPost Holdings, Inc. ("RPost"), RPost International Limited ("RPI"), and RMail Limited ("RMail"), for their complaint against Defendants Goodmail Systems, Inc. ("Goodmail"), AOL LLC ("AOL"), and Yahoo, Inc. ("Yahoo") allege as follows:

## NATURE OF THE ACTION

1. Goodmail advertises, and provides, a message authentication service it calls Certified Email Paper Submission. This service infringes several patents owned by, or licensed to, Plaintiffs. AOL and Yahoo both aid, abet, and contribute to Goodmail's infringement of Plaintiff's patents. Plaintiffs seek injunctive relief to prevent Defendants from continuing to infringe their patent rights. Plaintiffs also seek monetary damages for Defendants' past infringement.

## JURISDICTION AND VENUE

2. This Court has jurisdiction over this patent infringement action pursuant to 28 U.S.C. §§ 1331, 1332, and 1338(a).

3. Venue is proper in this district pursuant to 28 U.S.C §§1391(c) and 1400(b).

## THE PARTIES

4. Plaintiff RMail Limited ("RMail") is a corporation organized under the laws of the Nation of Bermuda. It is the owner of United States Patent No. 6,182,219 (the "'219 Patent").

5. RPost International Limited ("RPI") is a corporation organized under the laws of the Nation of Bermuda. It is the owner of United States Patent No. 7,240,199 (the "'199 Patent"). It is also the exclusive licensee, from RMail, of the '219 Patent.

\\\

6. RPost Holdings, Inc. ("RPost") is a corporation organized under the laws of the State of Delaware, having an office in this District. It is the exclusive licensee, from RIP, of the '199 and '219 Patents.

7. Defendant Goodmail is, on information and belief, a corporation organized under the laws of the State of Delaware, with its executive offices in California.

8. Defendant AOL is, on information and belief, a limited liability company organized under the laws of the State of Delaware. AOL has, on information and belief, offices and facilities, and conducts operations in California.

9. Defendant Yahoo is, on information and belief, a corporation organized under the laws of the State of Delaware, with its principal executive offices in California.

## COUNT I

(For patent infringement)

(Against Goodmail)

10. Plaintiffs reallege and restate paragraphs 1 through 9, inclusive.

11. Goodmail offers for sale products and services relating to the transmission of electronic messages (commonly referred to as "e-mails"). Among the products and services Goodmail offers is one it calls Certified Email Paper Suppression or Certified Email PS ("CEPS").

12. Goodmail's CEPS product/service infringes at least one claim of each of the '199 and '219 Patents.

13. Plaintiffs have been damaged by Goodmail's infringement of the '199 and '219 Patents.

14. Plaintiffs will suffer irreparable injury if Goodmail's continued infringement of the '199 and '219 Patents is not enjoined.

15. On information and belief, Goodmail's infringement was willful within the meaning of 35 U.S.C. §284.

## COUNT II

(For aiding, abetting, and/or contributing to patent infringement)

(Against AOL and Yahoo)

16. Plaintiff's reallage paragraphs 1 through 15, inclusive.

17. AOL and Yahoo both aid, abet, and contribute to Goodmail's infringement of Plaintiffs' patents. On information and belief, Goodmail uses goods and services provided by AOL and Yahoo to provide its CEPS service to its customers. On information and belief, AOL and Yahoo are aware of Plaintiffs' patents and know that the goods and services they provide Goodmail aid, abet, and contribute to Goodmails infringement of those patents.

18. Plaintiffs have been damaged by AOL's and Yahoo's actions.

19. Plaintiffs will suffer irreparable injury if AOL's and Yahoo's actions aiding, abetting, and contributing to Goodmail's continued infringement of the '199 and '219 Patents is not enjoined.

20. On information and belief, AOL's and Yahoo's actions were willful within the meaning of 35 U.S.C. §284.

Wherefore, Plaintiffs prays that judgment be entered in its favor and against Goodmail, AOL, and Yahoo as follows:

1. For an order provisionally, and permanently, enjoining Goodmail, and its agents, attorneys, successors, assigns, and all persons acting in concert with it, from making, using, selling, offering to sell products or services that infringe the '199 or the '219 Patents, and from otherwise infringing the '199 and '219 Patents.

2. For an order provisionally, and permanently, enjoining AOL and Yahoo, and their agents, attorneys, successors, assigns, and all persons acting in concert with them, from aiding, abetting, or contributing to Goodmail's infringement of the '199 or the '219 Patents.

3. For damages in an amount to be proven at trial.

4. For costs, interest, and attorneys' fees as permitted by law.

5. For such other relief as the Court may deem just.

Dated: October 8, 2009

Respectfully submitted,

BEN-ZVI & ASSOCIATES

By: _____
HENRY BEN-ZVI
Attorneys for Plaintiffs RPOST HOLDINGS, INC., RPOST INTERNATIONAL LIMITED, and RMAIL LIMITED

## DEMAND FOR JURY TRIAL

Plaintiffs RPost Holdings, Inc., RPost International Limited, and RMail Limited hereby demand trial by jury on all issues for which a jury trial may be had.

Dated: October 8, 2009

Respectfully submitted,

BEN-ZVI & ASSOCIATES

By: _____
HENRY BEN-ZVI
Attorneys for Plaintiffs RPOST HOLDINGS, INC., RPOST INTERNATIONAL LIMITED, and RMAIL LIMITED