1  Dennis Wilson (Bar No. 155407)
2  David K. Caplan (Bar No. 181174)
   KEATS McFARLAND & WILSON LLP
3  9720 Wilshire Boulevard
   Penthouse Suite
4  Beverly Hills, California 90212
   Telephone: (310) 248-3830
5  Facsimile: (310) 860-0363
   Emails:    dwilson@kmwlaw.com
6             dcaplan@kmwlaw.com

7  Attorneys for Defendant
   Yahoo! Inc.

8

9                  UNITED STATES DISTRICT COURT

10            CENTRAL DISTRICT OF CALIFORNIA

11                    WESTERN DIVISION

12

13  | RPOST HOLDINGS, INC., RPOST INTERNATIONAL LIMITED, and RMAIL LIMITED, | Case No. CV09-6668-SVW (SSx) |
14  | | **STIPULATION TO CONTINUE STATUS CONFERENCE** |
15  | Plaintiff, | |
16  | v. | Current Status Conference: |
17  | GOODMAIL SYSTEMS, INC., | Date:    December 21, 2009 |
18  | | Time:    3:00 p.m. |
    | | Courtroom: 6 (Hon. Stephen V. Wilson) |
19  | Defendant. | |
20  | | Proposed Continued Status Conference: |
21  | | Date:    January 11, 2010 |
22  | | Time:    3:00 p.m. |
    | | Courtroom: 6 (Hon. Stephen V. Wilson) |
23  | AND RELATED COUNTERCLAIMS. | |

24

25

26

27

28

1    WHEREAS, plaintiffs RPOST HOLDINGS, INC., RPOST INTERNATIONAL
2  LIMITED, and RMAIL LIMITED (collectively, "Plaintiffs") filed their Complaint in
3  this action against Defendant GOODMAIL SYSTEMS, INC. ("GOODMAIL") on
4  September 14, 2009;
5    WHEREAS, Plaintiffs filed a First Amended Complaint in this action against
6  Defendants GOODMAIL, AOL LLC ("AOL") and YAHOO! INC. ("YAHOO!") on
7  October 9, 2009;
8    WHREAS, Defendant GOODMAIL filed its Answer to the First Amended
9  Complaint on November 17, 2009;
10    WHEREAS, the deadline for Defendants AOL and YAHOO! to respond to the
11  First Amended Complaint is December 14, 2009;
12    WHEREAS, pursuant to the November 17, 2009 Order re: Status Conference of
13  Judge Stephen V. Wilson, a Status Conference is presently set for December 21, 2009
14  at 3:00 p.m.  As a result, pursuant to Federal Rule of Civil Procedure 26(f), counsel
15  are required to meet and confer no later than November 30, 2009;
16    WHEREAS, under the current schedule, Defendants AOL and YAHOO! would
17  be required to meet and confer with Plaintiffs prior to their deadline to answer, and as
18  part of that conference, AOL and YAHOO! have a duty to disclose the nature and
19  basis of possible claims and defenses and discuss potential witnesses and a proposed
20  discovery plan;
21    WHEREAS, Defendants AOL and YAHOO! have requested that Plaintiffs'
22  counsel agree to conduct the Rule 26(f) conference after Defendants AOL and
23  YAHOO! file their Answer to the First Amended Complaint, which would require a
24  postponement of the Status Conference presently set for December 21, 2009, and
25  Plaintiffs have agreed to this request;
26    ACCORDINGLY, Plaintiffs and Defendants GOODMAIL, AOL and
27  YAHOO!, by and through their attorneys of record, hereby submit the following
28  stipulation requesting that the Court continue the Status Conference on the above-

1 | captioned matter presently set for December 21, 2009 at 3:00 p.m. to January 11, 2010

2 | at 3:00 p.m.

3

4

KEATS McFARLAND & WILSON LLP

5

/s/

6 | Dated:  November 23, 2009

_____

Dennis L. Wilson, Esq.

7 | Attorneys for Defendant YAHOO! INC.

8

9

10

FENWICK & WEST LLP

11

/s/ Virginia K. DeMarchi

12 | Dated:  November 23, 2009

_____

Virginia K. DeMarchi, Esq.

13 | Attorneys for Defendants GOODMAIL

SYSTEMS, INC. and AOL LLC

14

15

16

BEN-ZVI & ASSOCIATES

17

/s/ Henry Ben-Zvi

18 | Dated:  November 23, 2009

_____

19 | Henry Ben-Zvi, Esq.

Attorneys for Plaintiffs RPOST HOLDINGS,

20 | INC., RPOST INTERNATIONAL LIMITED,

and RMAIL LIMITED

21

22

23

24

25

26

27

28

2