UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV09-6668-SVW(SSx) | Date | January 11, 2010 |
|---|---|---|---|
| Title | RPost Holdings, Inc. et al v. Goodmail Systems, Inc. | | |

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Henry Ben-Zvi | Darryl M. Woo |
| | Dennis Wilson |
| | Karen Rose |

**Proceedings:**   NEW CASE STATUS CONFERENCE

Status conference held.  The Court sets the following dates:

Pretrial Conference . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . September 27, 2010 at 3:30 p.m.
Jury Trial . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . October 12, 2010 at 9:00 a.m.

:   15

Initials of Preparer        PMC